# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KRISTIN VITA, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAREMARK RX, L.L.C, CAREMARK, L.L.C., CAREMARKPCS, L.L.C., and CAREMARKPCS HEALTH, L.L.C.,<br><br>*Defendants*. | Case No. 1:18-cv-00579-WES-LDA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

On July 10, 2019, Defendants filed a Motion to Dismiss the Case as Moot (Dkt. No. 30). Plaintiff agrees the lawsuit is moot.  Therefore, in lieu of responding to the Motion, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kristin Vita, by and through her undersigned counsel, hereby gives notice of voluntary dismissal with prejudice of the above-captioned action.

Dated:  September 20, 2019

Respectfully submitted,

/s/ Vincent L. Greene
Vincent L. Greene, No. 5971
MOTLEY RICE LLC
55 Cedar Street, Suite 100
Providence, RI 02903
Telephone: (401) 457-7730
Facsimile: (401) 457-7708
vgreene@motleyrice.com

William H. Narwold
Mathew P. Jasinski (*pro hac vice*)
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681

Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Robert A. Izard (*pro hac vice*)
Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

Ronen Sarraf (*pro hac vice*)
Joseph Gentile
SARRAF GENTILE LLP
10 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: (516) 699-8890
Facsimile: (516) 699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of September, 2019, the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served on the counsel noted below via electronic mail. Counsel that have entered an appearance in the case will also receive a notification through the ECF system.

Robert Clark Corrente,
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street – Suite 710
Providence, RI 02903
Tel.: (401) 270-4500
Fax: (401) 270-3760
rcorrente@whelancorrente.com

Enu Mainigi
Grant A. Geyerman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ggeyerman@wc.com

/s/ Vincent L. Greene